IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3050 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GARY DEAN BATES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)   The defendant's unopposed motion to review detention, (filing no. 48), is granted.

2)   The defendant shall be released from custody on Wednesday, May 26, 2010, under the current terms and conditions of his supervised release with the additional condition that he reside and participate in treatment at Cornhusker Place and abide by all rules and conditions of that facility.

3)   The Office of the Federal Public Defender shall make the necessary arrangements for defendant's transport to Cornhusker Place.

DATED this 24th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge