IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY DEAN BATES, )<br>)<br>Defendant. ) | Case No. 4:06CR3050 |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 55, now set for July 21, 2010, at 12:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 14th day of October, 2010, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated July 16, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge