IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY DEAN BATES, )<br>)<br>Defendant. ) | Case No. 4:06CR3050 |

## **ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 57, now set for October 14, 2010, at 1:00 p.m. until a date certain in approximately six months. The Court, being fully advised in the premises, and noting that the Government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 13th day of April, 2011, at 1:00 p.m. The Defendant is ordered to appear at such time.

Dated October 13, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge