IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3050 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GARY DEAN BATES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 59), is granted.

2) The defendant shall comply with all terms and conditions of his supervised release which were imposed at sentencing except as follows:

> Upon his release from Cornhusker Place, Lincoln, Nebraska, he shall transition to reside at Curtis Center, 110 Q Street, Lincoln, Nebraska. The defendant shall fully comply with any remaining requirements of his Cornhusker Place treatment plan (if any), and shall comply with all rules of the Curtis Center facility. If the defendant is discharged from Curtis Center for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain him pending a prompt hearing before the court.

January 20, 2011

.                                                    BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge