# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARY DEAN BATES,<br><br>　　　　　Defendant. | 4:06CR3050<br><br>DETENTION ORDER<br><br>PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |

　　The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

February 14, 2012　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge